Pro Se 14 (INND Rev. 2/20)   page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Mrs. Eye'Keyla My. Carruthers Washington   OCA #122404

[You are the PLAINTIFF, print your full name on this line.]

DEPUTY: Fritzgerald (Transportation OFC)

v.  Elkhart County Jail (ECJ)

Elkhart County Correctional Complex (ECCC)

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number  3:23-cv-420

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] TRANSPORTATION OFFICER: DEPUTY: Fritzgerald | 26861 CR26 Elkhart Indiana 46517 |
| 2 | [Put the names of any other defendants in these boxes.] (ECJ) Elkhart County Jail | 26861 CR26 Elkhart Indiana 46517 |
| 3 | (ECCC) Elkhart County Correctional Complex | 26861 CR26 Elkhart Indiana 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? Elkhart County Jail 26861 CR26 Elkhart Indiana 46517

3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: _____

4. On what date did this event occur? August 26, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. TRANSPORTATION OFFICER: DEPUTY Fitzgerald; ABANDONED Property; Neglect of a Detainee; Discrimination; 1st Amendment violation; 4th Amendment violation; 5th Amendment violation; 8th Amendment violation; 14th Amendment violation; Deliberate Indifference; Neglect of Property; Neglect of Detainee legal work; Locked United States of District Courts Northern Division of South Bend Ind. 46601; 204 S. Main Street. Evidence factual; Request Form; Sgt. Finn St. Joseph County Jail;

2. All violations applies today as all the capitalized counts in (#1) are true and my property have been confiscated on August 19, 2022. Deputy Fitzgerald ignored me telling her my property was not packed leaving my legal dockets from United States District Courts abandoned. Ms. Fitzgerald is the transportation officer who's Responsible to transport Detainees property. My legal information have been locked by E.C.J) ECCC DeButtes of the State making my Rights Be affected and legal information Be tampered and evidence shows on a St. Joseph County Jail Request Form.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

#3) Under Penalties For Perjury all Representation is the Foregoing Trues of Information and Correct. My undersigned verify this contract of violation By Debuty Fritzgerald allowing such Ortificate Be granted Merits of Suit of 900,000 United States of American Currency. all coptoned of Court
#1) is violated By DEBUTY Fritzgerald
   Mss. Eye'key'h My. Carruthers 3 Washington

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because Copies Sent to administration of ECCC

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   900,000 United States of American Currency for Relief of extradionary Emotional distress and punitive damage waiver.
   Ms. Fitzgerald to stay aware of Detainees Property while transporting.

[Initial Each Statement]

EmCW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EmCW  I will keep a copy of this complaint for my records.
EmCW  I will promptly notify the court of any change of address.
EmCW  I WILL NOT send more than one copy of any filing to the court.
EmCW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EmCW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 8/26/20 22 at 10 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mrs. Eye'Keyla My. Carruthers Washington       OCA# 122404
                                                JCA# 71781
Signature                                       Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]